SOLOMON JEROME SMITH JR. *v.*
BILLY A. PUTERBAUGH

5-4322                                    419 S. W. 2d 594

Opinion delivered October 23, 1967

*G. E. Smuggs,* for appellant.

*L. Weems Trussell,* for appellee.

CONLEY BYRD, Justice. Appellant Solomon Jerome Smith Jr.'s appeal from an order of the trial court overruling his demurer to a counterclaim filed against him by appellee Billy A. Puterbaugh, in the nature of an action for malicious abuse of process, is dismissed for lack of an appealable order. *Coffelt* v. *Gordon,* 238 Ark. 974, 385 S. W. 2d 939 (1965).